IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CALVIN STOVER                                                                                    PLAINTIFF

v.                                       No. 5:15-CV-05095

DETECTIVE CHRISTOPHER MOIST,
4th Judicial District Drug Task Force (DTF);
DETECTIVE CAMERON CRAFTON, DTF;
DETECTIVE THORSON, DTF; and
DETECTIVE REX ALAN FREDRICK                                                          DEFENDANTS

## O R D E R

Currently before the Court is the report and recommendation (Doc. 93) of United States Magistrate Judge Erin L. Setser. Also before the Court is Plaintiff Calvin Stover's objections (Doc. 94) to the report and recommendation. The Court has conducted a de novo review as to all proposed findings and recommendations to which Plaintiff has raised objections. 28 U.S.C. § 636(b)(1)(c). Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and that the Magistrate's report does not otherwise contain any clear error.

The Magistrate's report (Doc.93) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons set forth in the report, IT IS ORDERED that Defendants' motions for summary judgment (Docs. 72 and 76) are GRANTED; and this matter is DISMISSED WITH PREJUDICE. Defendant's motion for use of county law library (Doc. 90) is MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of January, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE